UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS WOOTEN, | : | |
| | : | Civil No. 1:21-CV-1158 |
| Petitioner, | : | |
| | : | (Judge Mannion) |
| v. | : | |
| | : | (M. J. Carlson) |
| UNITED STATE OF AMERICA, | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW this 9th day of August 2021, in accordance with the accompanying memorandum, IT IS ORDERED pursuant to 28 U.S.C. § 1404(a) that this case is transferred to the United States District Court for the Eastern District of Michigan for all further proceedings and the clerk is directed to CLOSE this file.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge